UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al., <br>     Plaintiffs, <br> v. <br> WASHOE HOUSE, INC., <br>     Defendant. | Case No. 15-cv-02362-JSC <br><br> **ORDER TO PLAINTIFF FOR STATUS UPDATE** |

Plaintiff filed this Americans with Disabilities Act access case on May 27, 2015. The Court previously granted the parties' stipulation to continue the deadline for the Joint Site Inspection to September 14, 2015. (Dkt. No. 11.) Since that time the docket does not reflect any activity. Accordingly, on or before **December 1, 2015**, Plaintiff shall provide the Court with a written update on the status of the case and, in particular, whether the parties need a mediation referral. *See* Dkt. No. 3 (Plaintiff shall file a "Notice of Need for Mediation" within 42 days of the Joint Site Inspection if the case has not resolved).

**IT IS SO ORDERED.**

Dated: November 17, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge